# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>**ELIZABETH ANN HALL**<br>**2217 PESTALOZZI STREETAPT C**<br>**SAINT LOUIS, MO  63118**<br>Debtor | )  **CASE NO: 23-43802**<br>)<br>)  **Chapter 13**<br>)<br>)<br>)<br>) |

## NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| WATTON LAW GROUP<br>301 W WISCONSIN AVE<br>5TH FL<br>MILWAUKEE, WI  53203 | 2,400.00 | 25/ATTORNEY FEE LUMP SUM<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WATTON LAW GROUP<br>301 W WISCONSIN AVE<br>5TH FL<br>MILWAUKEE, WI  53203 | 2,389.00 | 16/ATTORNEY FEE PERMO<br>ACCT:<br>COMM:<br>REG PYMT: $132.73<br>INT RATE: 0.00 |
| CARMAX BUSINESS SERVICES LLC<br>225 CHASTAIN MEADOWS CT NW<br>#210<br>C/O CARMAX AUTO FINANCE<br>KENNESAW, GA  30144-5942 | 24,096.30 | 20/Secured - Motor Vehicle<br>ACCT: 8139<br>COMM: #3/100% 60MO/19 JETTA<br>REG PYMT: $509.02<br>INT RATE: 9.75 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 2,081.58 | 40/Unsecured<br>ACCT: 3668<br>COMM:<br>#8-2AM#8/BARCLAYS/CARNIVAL<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                           Page 2
CASE NO: **23-43802**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 530.88 | 40/Unsecured<br>ACCT: 2797<br>COMM:<br>#9-2AM#9/BARCLAYS/OLD NAVY<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE BANK (USA) NA<br>PO BOX 71083<br>C/O AMERICAN INFOSOURCE LP<br>CHARLOTTE, NC  28272-1083 | 4,160.31 | 40/Unsecured<br>ACCT: 7879<br>COMM: #4<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 1,519.52 | 40/Unsecured<br>ACCT: 4418<br>COMM: #7-2AM#7/CAPITAL ONE<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE BANK (USA) NA<br>PO BOX 71083<br>C/O AMERICAN INFOSOURCE LP<br>CHARLOTTE, NC  28272-1083 | 1,260.39 | 40/Unsecured<br>ACCT: 4541<br>COMM: #6<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE BANK (USA) NA<br>PO BOX 71083<br>C/O AMERICAN INFOSOURCE LP<br>CHARLOTTE, NC  28272-1083 | 1,425.99 | 40/Unsecured<br>ACCT: 5773<br>COMM: #5<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | 276.18 | 40/Unsecured<br>ACCT: 1186<br>COMM: #11/VICTORIA SECRET<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 4,258.59 | 40/Unsecured<br>ACCT: 4443<br>COMM: #14-2AM#14/BEST BUY<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                    Page 3
CASE NO: **23-43802**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| DEBT OF ED/AIDV<br>PO BOX 300001<br>GREENVILLE, TX  75403 | 0.00 | 40/Unsecured<br>ACCT: 0811<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEBT OF ED/AIDV<br>PO BOX 300001<br>GREENVILLE, TX  75403 | 0.00 | 40/Unsecured<br>ACCT: 0811<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEBT OF ED/AIDV<br>PO BOX 300001<br>GREENVILLE, TX  75403 | 0.00 | 40/Unsecured<br>ACCT: 0812<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEBT OF ED/AIDV<br>PO BOX 300001<br>GREENVILLE, TX  75403 | 0.00 | 40/Unsecured<br>ACCT: 1129<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AIDVANTAGE O/B/O DEPT<br>EDUCATION<br>PO BOX 4450<br>DEPT OF ED LOAN SVCS<br>PORTLAND, OR  97208-4450 | 62,519.04 | 40/Unsecured<br>ACCT: 0358<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| AIDVANTAGE O/B/O DEPT<br>EDUCATION<br>PO BOX 4450<br>DEPT OF ED LOAN SVCS<br>PORTLAND, OR  97208-4450 | 62,519.04 | 40/Unsecured<br>ACCT: 0358<br>COMM: #16<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DISCOVER BANK<br>PO BOX 3025<br>C/O DISCOVER PRODUCTS INC<br>NEW ALBANY, OH  43054-3025 | 6,151.25 | 40/Unsecured<br>ACCT: 5487<br>COMM: #1<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                   Page 4
CASE NO: **23-43802**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH  44101-4982 | 1,005.57 | 40/Unsecured<br>ACCT: 1823<br>COMM: #10<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| US SMALL BUSINESS ADMIN<br>721 19TH ST<br>C/O US SBA DENVER FINANCE CTR<br>DENVER, CO  80202-2500 | 27,540.73 | 40/Unsecured<br>ACCT: 9108<br>COMM: #2<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 3,944.04 | 40/Unsecured<br>ACCT: 8280<br>COMM: #13/AMAZON<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 535.44 | 40/Unsecured<br>ACCT: 5301<br>COMM: #15/TJX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DEBT OF ED/AIDV<br>PO BOX 300001<br>GREENVILLE, TX  75403 | 0.00 | 40/Unsecured<br>ACCT: 1129<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| REVIVER FINANCIAL LLC<br>PO BOX 3023<br>HUTCHINSON, KS  67504 | 946.53 | 40/Unsecured<br>ACCT: 3964<br>COMM: #12/CASH NET<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**                                        Page 5
CASE NO: **23-43802**

Dated: May 20, 2024                          /s/ Diana S. Daugherty
STL_NTCPAYCLM -- BC

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing document was filed electronically on May 20, 2024, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

    I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on May 20, 2024.

ELIZABETH ANN HALL
2217 PESTALOZZI STREETAPT C
SAINT LOUIS, MO  63118

/s/Diana S. Daugherty

Diana S. Daugherty