UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: Elizabeth Ann Hall ) | |
| ) | Case No. 23-43802-659 |
| Debtor. ) | Chapter 13 |
| ) | |

## RESPONSE TO THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

COMES NOW, Elizabeth Ann Hall ("Debtor"), by counsel, Michael J. Watton and the Watton Law Group ("Counsel"), hereby responds to the Chapter 13 Trustee's Motion to Dismiss:

1. Debtor fell behind on plan payments. Debtor will submit payments to try and catch up.

WHEREFORE, the Debtor respectfully requests that the Court deny the Motion to Dismiss without prejudice, and for all such further relief as the Court deems necessary under the circumstances.

RESPECTFULLY SUBMITTED,

Date: August 16, 2024

/s/ Corrine E. Edwards
Michael J. Watton, Esq. MO Bar #64316
Corrine E. Edwards, Esq. MO Bar #61413
Watton Law Group
301 West Wisconsin Avenue, 5th Floor
Milwaukee, WI 53203
Tel: 314-735-4966

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on August 16, 2024 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

                                              /s/ Kreg J. Redloh
                                              Kreg J. Redloh